UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KISHORE DATTAPURAM,<br><br>Defendant. | Case No. 19-cr-00099-EJD-1 (VKD)<br><br>**ORDER RE TRAVEL REQUEST**<br>Re: Dkt. No. 31 |

Defendant Kishore Dattapuram seeks permission to travel to Los Angeles, California and to Las Vegas, Nevada for vacation with his family from August 9-14, 2019. Dkt. No. 31. Mr. Dattapuram represents that the United States does not oppose the requested modification to the travel restrictions in Mr. Dattapuram's conditions of release. *Id.* The Court is informed that Pretrial Services also does not object to the requested modifications.

Good cause appearing therefor, the Court grants Mr. Dattapuram's request and modifies the conditions of his release as follows:

1. Mr. Dattapuram may travel to Los Angeles, California and to Las Vegas, Nevada from August 9-14, 2019.

2. Mr. Dattapuram must advise Pretrial Services in advance of his departure from this District of the specific dates of his travel, his means of travel, and his specific itinerary, including the locations where he will stay during his travel.

3. Mr. Dattapuram must contact Pretrial Services while traveling outside of the District as Pretrial Services may direct, and he must be available by telephone at all time while traveling outside of the District.

**IT IS SO ORDERED.**

Dated: July 25, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge